IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>RAMON LUIS COLON-CRUZ<br>Defendant | CRIMINAL 06-0311CCC |

**O R D E R**

    Having considered the Report and Recommendation filed on April 2, 2007 **(docket entry 37)** on a Rule 11 proceeding of defendant held before Magistrate Judge Camille L. Vélez-Rivé on March 16, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 16, 2007. The **sentencing hearing is set for June 14, 2007 at 4:15 PM.**

    SO ORDERED.

    At San Juan, Puerto Rico, on April 9, 2007.

                                                                S/CARMEN CONSUELO CEREZO
                                                                United States District Judge